GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

CHASE HOME FINANCE
DEPT OH4 7142
3415 VISION DR
COLUMBUS, OH  43219

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963


RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435


CHASE HOME FINANCE
DEPT OH4 7142
3415 VISION DR
COLUMBUS, OH  43219


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

REVENUE CYCLE PARTNERS
2870 STONER CT
NORTH LIBERTY, IA  52317

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

REVENUE CYCLE PARTNERS
2870 STONER CT
NORTH LIBERTY, IA  52317

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

SUMMIT CENTER
3033 W JOLIET #215
JOLIET, IL  60435

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963


SUPERIOR MANAGEMENT
PO BOX 4339
FORT WALTON BEACH, FL  32549

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435


RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF                              Case No. 08-21744
                                            Account No.  23004963


PRARIE EMERGENCY SERVICES          RICHARD J MUNDORF
PO BOX 635225                      NANCY S MUNDORF
CINCINNATI, OH  45263              2404 BLOSSOM STREET
                                   JOLIET, IL  60435


                                   RONALD D CUMMINGS
                                   121 SPRINGFIELD AVE
                                   JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

RICHARD J MUNDORF                                    Case No. 08-21744
NANCY S MUNDORF                                      Account No.  23004963


ECAST SETTLEMENT CORPORATION          RICHARD J MUNDORF
PO BOX 35480                                            NANCY S MUNDORF
NEWARK, NJ  07193-5480                          2404 BLOSSOM STREET
                                                                 JOLIET, IL  60435


                                                                 RONALD D CUMMINGS
                                                                 121 SPRINGFIELD AVE
                                                                 JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                                    /S/  Marifran Smith
                                    _____

                                    For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                                    /S/  Marifran Smith
                                    _____

                                    For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963


CHASE HOME FINANCE
DEPT OH4 7142
3415 VISION DR
COLUMBUS, OH  43219

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435


RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF                          Case No. 08-21744
NANCY S MUNDORF                            Account No.  23004963


CHASE HOME FINANCE                         RICHARD J MUNDORF
DEPT OH4 7142                              NANCY S MUNDORF
3415 VISION DR                            2404 BLOSSOM STREET
COLUMBUS, OH  43219                        JOLIET, IL  60435


                                          RONALD D CUMMINGS
                                          121 SPRINGFIELD AVE
                                          JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                        /S/  Marifran Smith
                        _____

                        For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi



**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                        /S/  Marifran Smith
                        _____

                        For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF                          Case No. 08-21744
NANCY S MUNDORF                            Account No.  23004963


CAPITAL ONE AUTO FINANCE              RICHARD J MUNDORF
PO BOX 201347                         NANCY S MUNDORF
ARLINGTON, TX  76006                  2404 BLOSSOM STREET
                                      JOLIET, IL  60435


                                      RONALD D CUMMINGS
                                      121 SPRINGFIELD AVE
                                      JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                                      /S/  Marifran Smith
                                      _____
                                      For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                                      /S/  Marifran Smith
                                      _____
                                      For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

CAPITAL ONE AUTO FINANCE
PO BOX 201347
ARLINGTON, TX  76006

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

GREATER CHICAGO FINANCE
8331 W ROOSEVELT RD
FOREST PARK, IL  60130

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
RICHARD J MUNDORF                        Case No. 08-21744
NANCY S MUNDORF                          Account No. 23004963


GREATER CHICAGO FINANCE              RICHARD J MUNDORF
8331 W ROOSEVELT RD                  NANCY S MUNDORF
FOREST PARK, IL 60130                2404 BLOSSOM STREET
                                     JOLIET, IL 60435


                                     RONALD D CUMMINGS
                                     121 SPRINGFIELD AVE
                                     JOLIET, IL 60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                              /S/  Marifran Smith
                              _____

                              For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                              /S/  Marifran Smith
                              _____

                              For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

AMERICAN MEDICAL COLLECTIONS
2269 S SAWMILL RIVER RD BLDG 3
ELMSFORD, NY  10523

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

APRIA HEALTHCARE
PO BOX 606
BEDFORD PARK, IL  60499-0606

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

ASSOC ANESTHESIOLOGISTS JOLIET
333 MADISON
JOLIET, IL  60435

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

ASSOC PATHOLOGISTS OF JOLIET
330 N MADISON ST
JOLIET, IL  60435

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

CDA PONTIAC
415 E MAIN ST
STREATOR, IL  61364

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

CFC DEFICIENCY RECOVERY
5225 CROOKS RO STE 140
TROY, MI  48098

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

CREDITORS COLLECTION
755 ALMAR PKWY
BOURBONNAIS, IL  60914

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF                                Case No. 08-21744
NANCY S MUNDORF                                  Account No.  23004963


CREDITORS COLLECTION                    RICHARD J MUNDORF
755 ALMAR PKWY                          NANCY S MUNDORF
BOURBONNAIS, IL  60914                  2404 BLOSSOM STREET
                                        JOLIET, IL  60435


                                        RONALD D CUMMINGS
                                        121 SPRINGFIELD AVE
                                        JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                              /S/  Marifran Smith
                              _____
                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                              /S/  Marifran Smith
                              _____
                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

FAMILY MEDICAL GROUP
330 MADISON ST
JOLIET, IL  60435

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF                          Case No. 08-21744
NANCY S MUNDORF                            Account No.  23004963


FREEDMAN ANSELMO LINDBERG RAPP          RICHARD J MUNDORF
1807 W DIEHL #333                       NANCY S MUNDORF
NAPERVILLE, IL  60566                   2404 BLOSSOM STREET
                                        JOLIET, IL  60435


                                        RONALD D CUMMINGS
                                        121 SPRINGFIELD AVE
                                        JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                        /S/  Marifran Smith
                        _____

                        For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                        /S/  Marifran Smith
                        _____

                        For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF                                    Case No. 08-21744
                                                  Account No.  23004963


ILLINOIS STUDENT ASSIST COMM          RICHARD J MUNDORF
PO BOX 235                            NANCY S MUNDORF
DEERFIELD, IL  60015                  2404 BLOSSOM STREET
                                      JOLIET, IL  60435


                                      RONALD D CUMMINGS
                                      121 SPRINGFIELD AVE
                                      JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

ST JOSEPH HOSPITAL                     RICHARD J MUNDORF
% KCA FINANCIAL SERVICES               NANCY S MUNDORF
628 NORTH ST                           2404 BLOSSOM STREET
GENEVA, IL  60134-1380                 JOLIET, IL  60435

                                       RONALD D CUMMINGS
                                       121 SPRINGFIELD AVE
                                       JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

RICHARD J MUNDORF                                Case No. 08-21744
NANCY S MUNDORF                                  Account No.  23004963


SILVER CROSS HOSPITAL                            RICHARD J MUNDORF
% KCA FINANCIAL SERVICES                         NANCY S MUNDORF
628 NORTH ST                                     2404 BLOSSOM STREET
GENEVA, IL  60134-1380                           JOLIET, IL  60435


                                                 RONALD D CUMMINGS
                                                 121 SPRINGFIELD AVE
                                                 JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                                   /S/  Marifran Smith
                                   _____

                                   For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                                   /S/  Marifran Smith
                                   _____

                                   For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF                                    Case No. 08-21744
NANCY S MUNDORF                                      Account No.  23004963


MIDWEST NEOPED ASSOCIATES              RICHARD J MUNDORF
900 JORIE BLVD # 186                            NANCY S MUNDORF
OAK BROOK, IL  60523-2229                   2404 BLOSSOM STREET
                                                            JOLIET, IL  60435


                                                            RONALD D CUMMINGS
                                                            121 SPRINGFIELD AVE
                                                            JOLIET, IL  60435


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                                            /S/  Marifran Smith
                                            _____

                                            For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                                            /S/  Marifran Smith
                                            _____

                                            For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

NATIONAL CREDIT SYSTEMS
11 E 36TH STREET 10TH FL
NEW YORK, NY  10016

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

PRAIRIE EMERGENCY SERVICES
% PLANTATION BILLING CTR
PO BOX 189016
PLANTATION, FL  33318-0016

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

RICHARD J MUNDORF                                    Case No. 08-21744
NANCY S MUNDORF                                      Account No.  23004963


PRAIRIE EMERGENCY SERVICE                 RICHARD J MUNDORF
3100 THEODORE ST #201                         NANCY S MUNDORF
JOLIET, IL  60435                                      2404 BLOSSOM STREET
                                                        JOLIET, IL  60435


                                                        RONALD D CUMMINGS
                                                        121 SPRINGFIELD AVE
                                                        JOLIET, IL  60435



**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi



**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

RICHARD J MUNDORF
NANCY S MUNDORF

Case No. 08-21744
Account No.  23004963

RECEIVABLES MANAGEMENT INC
MUNICIPAL COLLECTION SERV INC
3348 RIDGE RD
LANSING, IL  60438

RICHARD J MUNDORF
NANCY S MUNDORF
2404 BLOSSOM STREET
JOLIET, IL  60435

RONALD D CUMMINGS
121 SPRINGFIELD AVE
JOLIET, IL  60435

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313